UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GUPREET SINGH,

               Petitioner,

     v.

TONYA ANDREWS, ADMINISTRATOR OF GOLDEN STATE ANNEX, *et al.*,

               Respondents.

Case No.   1:26-cv-03905 (EJD)

**ORDER RE MOTION FOR TEMPORARY RESTRAINING ORDER**

Re: Dkt. No. 2

The Court has reviewed Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) and Motion for Temporary Restraining Order (Dkt. No. 2).  Respondents shall file any Opposition to the Motion for Temporary Restraining Order on or before 12:00 p.m. PST, May 22, 2026. Petitioner may file a Reply on or before 7:00 p.m. PST, May 22, 2026.  Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the TRO and Petition are pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

     **IT IS SO ORDERED.**

Dated: May 21, 2026

_____

EDWARD J. DAVILA
United States District Judge

Case No.: 1:26-cv-03906-EJD

1